[No. 24021–8–I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MATIN ABRAHAM SYED, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–8–00122–7, Carmen Otero, J., entered April 13, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Baker, JJ.

[No. 23025–5–I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKEY ARLEN MASSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02990–0, Mary Wicks Brucker, J., entered October 7, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Swanson and Forrest, JJ.

[No. 24866–9–I.   Division One.   July 23, 1990.]

HENRY HALL, ET AL, *Appellants,* v. NATIONAL GENERAL INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–2–02090–2, Gerald L. Knight, J., entered September 19, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Forrest, JJ.